# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE: )
)
JEROME POBLETE, ) CHAPTER 13
) CASE NO. 10-30480
DEBTOR. )

## OBJECTION TO CONFIRMATION

COMES NOW EZ Kredit Auto Sales, a creditor in the above-styled cause, and objects to the confirmation of this case on the following grounds:

1. To Petitioner's knowledge, the Debtor does not have private insurance coverage on one (1) 2000 Dodge Durango, which is financed through EZ Kredit Auto Sales.

2. The Debtor has been informed by Creditor that private insurance would be required before his case could be confirmed.

3. Without private insurance coverage over the aforementioned vehicle, EZ Kredit Auto Sales is without adequate protection

WHEREFORE, EZ Kredit Auto Sales objects to confirmation of the Debtor's plan in the above-referenced matter.

Respectfully submitted,

PARNELL & CRUM, P.A.


 /s/ Charles N. Parnell, III
By: CHARLES N. PARNELL, III
    Attorney for EZ Kredit Auto Sales


OF COUNSEL:
PARNELL & CRUM, P.A.
Post Office Box 2189
Montgomery, Alabama 36102-2189
(334) 832-4200

## CERTIFICATE OF SERVICE

  I hereby certify that I have this day electronically mailed or placed in the U.S. mail, postage prepaid, an exact copy of the foregoing Objection to Confirmation to the following parties, this the __6th__ day of May, 2010.

| | |
|---|---|
| Hon. Curtis C. Reding<br>Trustee<br>Post Office Box 173<br>Montgomery, Alabama 36101 | Hon. Richard Shinbaum<br>Attorney for Debtor<br>Post Office Box 201<br>Montgomery, Alabama 36101 |
| Hon. Teresa Jacobs<br>Bankruptcy Court Adm.<br>One Church Street<br>Montgomery, Alabama 36104 | Jerome Poblete<br>Debtor<br>280 Renee Way<br>Elmore, Alabama 36025 |

            /s/ Charles N. Parnell, III
            CHARLES N. PARNELL, III